BUTLER v. ILLINOIS CENT. R. CO. (Circuit Court of Appeals, Sixth Circuit. January 18, 1901.) No. 854. In Error to the Circuit Court of the United States for the District of Kentucky. Pryor & Sapinsky and Matt O'Doherty, for plaintiff in error. Pirtle & Trabue, for defendant in error. No opinion. Affirmed.

CENTRAL DISTRICT & PRINTING TEL. CO. v. CITY OF WELLSVILLE. (Circuit Court of Appeals, Sixth Circuit. December 6, 1900.) No. 844. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Billingsly, Taylor & Clark, for appellant. Wells & MacDonald, for appellee. Dismissed per stipulation.

CENTRAL TRUST CO. OF NEW YORK et al. v. PEORIA, D. & E. RY. CO. et al. BALDWIN v. CENTRAL TRUST CO. OF NEW YORK et al. (Circuit Court of Appeals, Seventh Circuit. January 4, 1901.) No. 669. Appeal from the Circuit Court of the United States for the Southern District of Illinois. Charles A. Boston, William W. Baldwin, Frank L. Hatch, and Pascal E. Hatch, for appellants. Adrian H. Joline, David Willcox, Bluford Wilson, and P. B. Warren, for appellees. Ordered that same decree be entered as in No. 668 (same title) 43 C. C. A. 616, 104 Fed. 420.

CENTRAL TRUST CO. OF NEW YORK et al. v. PEORIA, D. & E. RY. CO. et al. CHAMBERLIN v. CENTRAL TRUST CO. OF NEW YORK et al. (Circuit Court of Appeals, Seventh Circuit. January 4, 1901.) No. 670. Appeal from the Circuit Court of the United States for the Southern District of Illinois. Charles A. Boston, William W. Baldwin, Frank L. Hatch, and Pascal E. Hatch, for appellants. Adrian H. Joline, David Willcox, Bluford Wilson, and P. B. Warren, for appellees. Ordered that same decree be entered as in cause No. 667 (same title) 43 C. C. A. 613, 104 Fed. 418.

CHICAGO G. W. RY. CO. v. HOLDEN. (Circuit Court of Appeals, Eighth Circuit. December 3, 1900.) No. 1,445. In Error to the Circuit Court of the United States for the District of Minnesota. Dan W. Lawler, for plaintiff in error. Humphrey Barton and Percy D. Godfrey, for defendant in error. Dismissed, without costs to either party in this court, pursuant to stipulation of the parties.

CITY OF ELLSWORTH CITY, ELLSWORTH COUNTY, KAN., v. MASS-LICH. (Circuit Court of Appeals, Eighth Circuit. December 13, 1900.) No. 1,463. In Error to the Circuit Court of the United States for the District of Kansas. Ira E. Lloyd and Charles J. Evans, for plaintiff in error. O. H. Bentley, A. H. Horton, and Rodolph Hatfield, for defendant in error. No opinion. Affirmed, with costs.

CITY OF HOUSTON v. STORRIE. (Circuit Court of Appeals, Fifth Circuit. December 3, 1900.) No. 898. In Error to the Circuit Court of the United States for the Eastern District of Texas. John S. Stewart and Joe M. Sam, for plaintiff in error. Ewing & Ring, for defendant in error. Dismissed per stipulation.